```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 04 B 33892
   VALERIE FRANCE
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-6237

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 09/13/2004 and was confirmed 12/02/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors an estimated  32.37% from remaining funds.

      The case was paid in full 06/19/2008.
--------------------------------------------------------------------------
 CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                PAID             PAID
--------------------------------------------------------------------------
 ASPIRE VISA                  UNSECURED      NOT FILED           .00              .00
 FAHEY MEDICAL CENTER         UNSECURED      NOT FILED           .00              .00
 G R KOZINA & ASSOCIATES      UNSECURED         700.70           .00           226.78
 AMERICREDIT FINANCIAL SV     SECURED           2500.00       342.21          2500.00
 AMERICREDIT FINANCIAL SV     UNSECURED         890.50           .00           288.21
 AMERICASH LOANS              UNSECURED        1471.56           .00           476.28
 BALLY TOTAL FITNESS          UNSECURED      NOT FILED           .00              .00
 CAPITAL ONE BANK             UNSECURED      NOT FILED           .00              .00
 FINGERHUT                    UNSECURED      NOT FILED           .00              .00
 FIRST NATIONAL BANK OF M     UNSECURED      NOT FILED           .00              .00
 RESURGENT ACQUISITION LL     UNSECURED         539.11           .00           174.48
 SEVENTH AVENUE               UNSECURED      NOT FILED           .00              .00
 SHORT TERM LOANS             UNSECURED      NOT FILED           .00              .00
 TCF BANK                     UNSECURED      NOT FILED           .00              .00
 ECAST SETTLEMENT CORP        UNSECURED         603.32           .00           195.27
 BENNIE W FERNANDEZ           DEBTOR ATTY    2,194.00                         2,194.00
 TOM VAUGHN                   TRUSTEE                                           382.29
 DEBTOR REFUND                REFUND                                              6.66

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                  6,786.18

 PRIORITY                                             .00
 SECURED                                         2,500.00
    INTEREST                                       342.21
 UNSECURED                                       1,361.02
 ADMINISTRATIVE                                  2,194.00
 TRUSTEE COMPENSATION                              382.29
 DEBTOR REFUND                                       6.66

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 33892 VALERIE FRANCE
```

```
                               ---------------     ---------------
TOTALS                              6,786.18            6,786.18
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/25/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE